UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                      Plaintiff,

-against-

OVENLY, LLC,

                      Defendants.
------------------------------------------------------------------------X

Case No.: 22-cv-1675

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: __June 27__, 2022
Hackensack, New Jersey

_____
Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: __June 27__, 2022
Woodbury, New York

_____
Elizabeth R. Gorman, Esq.
Tyler B. Levenson, Esq.
MILBER MAKRIS PLOUSADIS
 & SEIDEN, LLP
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
516.712.4000 ext. 1145
egorman@milbermakris.com
*Attorneys for Defendant*

**SO ORDERED.**

_____
      s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 5, 2022
Brooklyn, New York